Cite as 2023 Ark. 92

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| | Opinion Delivered May 25, 2023 |
| IN RE ADMINISTRATIVE PLANS FOR CIRCUIT COURTS AND DISTRICT COURTS | |

**PER CURIAM**

Pursuant to Administrative Order No. 14, amendments to currently approved administrative plans have been submitted by the Second Circuit, the Third Circuit, the Twelfth Circuit, and the Twenty-Third Circuit. These amendments are approved and shall be effective immediately.

Pursuant to Administrative Order No. 18, an amendment to the currently approved administrative plan has been submitted by the Sixth District. The amendment is approved and shall be effective immediately.

The administrative plans currently in effect for all other circuit courts and district courts remain in full force and effect until subsequent plans are approved.